UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMNANAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. ABUKALAM, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1801 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not signed his in forma pauperis application. (ECF No. 2 at 2.) He will be provided an opportunity submit a properly executed application.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a **signed** application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ramn1801.3a(CDCR)