UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMNANAN, | No. 2:17-cv-1801 CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. ABUKALAM, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to submit an application to proceed in forma pauperis on the ground that the court's September 1, 2017 order was not mailed to him until September 18, 2017. ECF No. 6. The court's records show that the order, which was originally mailed to plaintiff on September 1, 2017, was returned because his CDCR number had been entered incorrectly. The order was then re-served on plaintiff on September 18, 2017, with the correct CDCR number. Plaintiff's request for an extension of time will therefore be granted and he will have thirty days from September 18, 2017, to submit his application to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted;

////

////

2. Plaintiff shall have until October 18, 2017, to submit his application to proceed in forma pauperis.

Dated:  October 2, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ramn1801.36