UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMNANAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. ABUKALAM, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1801 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed January 8, 2018, plaintiff's complaint was screened and he was given the option to proceed immediately on his retaliation claim based upon being threatened for filing a grievance against defendant Abukalam or to amend the complaint. (ECF No. 9.) Plaintiff has now notified the court that he would like to amend the complaint. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the January 8, 2018 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the claims against defendants Lizarraga and Peterson and his claims against defendant Abukalam for property destruction and retaliation based upon confiscation of evidence will remain dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: February 7, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ramn1801.amend