## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMNANAN, | No. 2:17-cv-1801 TLN CKD P |
| Plaintiff, | |
| v. | |
| M. ABUKALAM, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Andre Ramnanan, CDCR # J-98810, a necessary and material witness in a settlement conference in this case on January 15, 2019, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, California 95640, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Sacramento, 100 Prison Road, Represa, California 95671, on Tuesday, January 15, 2019, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the institution he came from.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Warden, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Mule Creek State Prison, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court and thereafter to return the inmate to the institution he came from. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ramn1801.841